1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO P. BECERRA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>Defendant. | Case No. ED CV 14-515 JVS (MRW)<br><br>JUDGMENT |

1   Pursuant to the Order Accepting Findings and Recommendations of the
2   United States Magistrate Judge,
3   IT IS ADJUDGED that the decision of the Administrative Law Judge is
4   AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: January 13, 2016   _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE